**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JERALD PITTS, | ) | No. CV 02-1120-AHS(CW) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| E. ROE (Warden), et al., | ) | |
| Defendants, | ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATE:  September 3, 2008

*ALICEMARIE H. STOTLER*
_____
ALICEMARIE H. STOTLER
Chief United States District Judge